UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PHILLIP O. LOPEZ and
FELIZ GONZALES,

    Plaintiffs

V.

                              No. 2:15-CV-00889 GBW/SMV

THE STATE OF NEW MEXICO,
THE CITY OF LAS CRUCES, and
OFFICER DAVID RODRIGUEZ and
DETECTIVE MICHAEL RICKARDS, in their
official and individual capacities as employees of
the City of Las Cruces,

    Defendants.

## ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT

This matter having come up on Plaintiffs' unopposed Motion for Leave to File their First Amended Complaint, and being fully advised of the premises, find the motion to be well taken. Therefore,

IT IS ORDERED that Plaintiffs' unopposed motion is HEREBY GRANTED.

IT IS FURTHER ORDERED that Plaintiffs shall file their First Amended Complaint within ten days from the date of this Order and that the defendants shall respond thereto within ten days of service upon them of the First Amended Complaint.

_____
Honorable Stephan M. Vidmar
United States Magistrate Judge

Prepared By:

//S// Hope Eckert for_____
Hope Eckert & Charles Esty
Attorneys for Plaintiff

Approved:

<u>Electronic Approval 1/28/16</u>
Douglas Gardner
Attorney for State Defendant


<u>Electronic Approval 1/29/16</u>
Robert Cabello
Attorney for Las Cruces Defendants