IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP O. LOPEZ and
FELIZ GONZALES,

    Plaintiffs,

v.

                                                                   No. 15-cv-0889 JCH/SMV

THE STATE OF NEW MEXICO,
THE CITY OF LAS CRUCES,
DAVID RODRIGUEZ, and
MICHAEL RICKARDS,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:    July 11, 2016, at 9:30 a.m.

**Matter to be heard**:  Status Conference

A telephonic status conference is hereby set for **July 11, 2016, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                **STEPHAN M. VIDMAR**
                                                                **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.