IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP O. LOPEZ and
FELIZ GONZALES,

    Plaintiffs,

v.

                                    No. 15-cv-0889 JCH/SMV

THE STATE OF NEW MEXICO,
THE CITY OF LAS CRUCES,
DAVID RODRIGUEZ, and
MICHAEL RICKARDS,

    Defendants.

## ORDER SETTING MOTION HEARING

**Location:**     Brazos Courtroom
                    Pete V. Domenici United States Courthouse
                    333 Lomas Boulevard Northwest
                    Albuquerque, New Mexico

**Date and time**:     Monday, June 20, 2016, at 9:30 a.m.

**Matter to be heard**: Defendant State of New Mexico's Motion to Compel [Doc. 68]

    **IT IS ORDERED** that an in-person hearing on is set on Defendant State of New Mexico's Motion to Compel.  [Doc. 68].  The hearing is set for Monday, June 20, 2016, at 9:30 a.m. in the Brazos Courtroom, Pete V. Domenici United States Courthouse, 333 Lomas Boulevard Northwest, Albuquerque, New Mexico

    **IT IS SO ORDERED.**

                                                          _____
                                                           **STEPHAN M. VIDMAR**
                                                           **United States Magistrate Judge**