IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP O. LOPEZ and
FELIZ GONZALES,

    Plaintiffs,

v.

                                No. 15-cv-0889 JCH/SMV

THE STATE OF NEW MEXICO,
THE CITY OF LAS CRUCES,
DAVID RODRIGUEZ, and
MICHAEL RICKARDS,

    Defendants.

**ORDER GRANTING IN PART AND DENYING IN PART
DEFENDANT STATE OF NEW MEXICO'S MOTION TO COMPEL**

THIS MATTER is before the Court on Defendant State of New Mexico's Motion to Compel [Doc. 68] ("Motion"), filed on April 22, 2016.  Plaintiffs responded on May 9, 2016. [Doc. 72].  Defendant State of New Mexico replied on May 26, 2016.  [Doc. 78].  The Court heard oral argument on June 20, 2016.  Having considered the briefing, relevant portions of the record, oral argument, and relevant law, and being otherwise fully advised in the premises, the Court will grant the motion in part and deny it in part.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant State of New Mexico's Motion to Compel [Doc. 68] is **GRANTED IN PART and DENIED IN PART**.  The motion is granted as to the inmate discipline records for Plaintiff Lopez. Plaintiff Lopez is compelled to sign an authorization for release of his inmate discipline records

at the New Mexico Department of Corrections but not for any third-party visitor records. The motion is denied as to the New Mexico Motor Vehicle Division records for both Plaintiffs.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**