IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PHILLIP O. LOPEZ and**
**FELIZ GONZALES,**

    Plaintiffs,

v.                                                       No. CIV 15-00889 JCH/SMV

**THE STATE OF NEW MEXICO,**
**THE CITY OF LAS CRUCES and**
**OFFICER DAVID RODRIGUEZ, in his**
**official and individual capacity as an**
**employee of the City of Las Cruces,**

    Defendants.

---

**STIPULATED ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY**
**AN ADDITIONAL 30 DAYS, LIMITED ONLY TO THE TAKING OF**
**THE DEPOSITION OF OSCAR LOPEZ**

---

    **THIS MATTER** came before this Court on the parties' Joint Motion to Extend Discovery an Additional 30 Days, Limited Only to the Taking of the Deposition of Oscar Lopez [Doc. 98]. This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation do not oppose this motion. Accordingly, this Court finds that the parties' Joint Motion to Extend Discovery an Additional 30 Days, Limited Only to the Taking of the Deposition of Oscar Lopez, is well-taken and should be **GRANTED**.

    **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for discovery will be extended an additional thirty (30) days, until September 22, 2016, limited only to the taking of the deposition of Oscar Lopez.

                                                                            _____
                                                                  Honorable Stephan M. Vidmar
                                                                  United States Magistrate Judge

Respectfully submitted by:


 /s/ Douglas E. Gardner
Douglas E. Gardner, Esq.
ROBLES, RAEL & ANAYA, P.C.
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
douglas@roblesrael.com
*Attorneys for State of New Mexico*


APPROVED BY:


/s/ Charles T. Esty
Charles T. Esty, Esq.
Attorney At Law, LLC
620 Roma Ave. NW
Albuquerque, NM 87102
(505) 242-2524
esty@swcp.com
*Attorney for Plaintiffs*

/s/ Hope Eckert
Hope Eckert, Esq.
Attorney At Law, LLC
500 Marquette NW, Suite 1200
Albuquerque, NM 87102
(505) 480-8580
heckert@swcp.com
*Attorney for Plaintiffs*

/s/ Robert A. Cabello
Roberto A. Cabello, Esq.
City Attorney's Office
P.O. Box 20000
Las Cruces, NM 88004
(575) 541-2128
(575) 520-1399 (cell)
rcabello@las-cruces.org
*Attorney for City of Las Cruces and Officer David Rodriguez*