IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PHILLIP O. LOPEZ and**
**FELIZ GONZALES,**

        **Plaintiffs,**

v.                                                               No. CIV 15-00889 JCH/SMV

**THE STATE OF NEW MEXICO,**
**THE CITY OF LAS CRUCES and**
**OFFICER DAVID RODRIGUEZ, in his**
**official and individual capacity as an**
**employee of the City of Las Cruces,**

        **Defendants.**

**ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AN ADDITIONAL 46 DAYS, LIMITED ONLY AS TO PLAINTIFFS SERVING AND DEFENDANTS RESPONDING TO DISCOVERY REQUESTS REGARDING NEWLY DISCOVERED EVIDENCE**

        THIS MATTER came before this Court on the parties' Joint Motion to Extend Discovery an Additional 46 Days, Limited Only as to Plaintiffs Serving and Defendants Responding to Discovery Requests Regarding Newly Discovered Evidence.  This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation do not oppose this motion.  Accordingly, this Court finds that the parties' Joint Motion to Extend Discovery an Additional 46 Days, Limited Only as to Plaintiffs Serving and Defendants Responding to Discovery Requests Regarding Newly Discovered Evidence, is well-taken and should be **GRANTED**.

        **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for discovery will be extended an additional forty-six (46) days, until October 7, 2016, limited only

as to plaintiffs serving and defendants responding to discovery requests regarding the described newly discovered evidence.

_____
Honorable Stephan M. Vidmar
United States Magistrate Judge


Respectfully submitted by:

/s/ Charles T. Esty_____
Charles T. Esty, Esq.
Attorney At Law, LLC
620 Roma Ave. NW
Albuquerque, NM 87102
(505) 242-2524
esty@swcp.com
*Attorney for Plaintiffs*

/s/ Hope Eckert_____
Hope Eckert, Esq.
Attorney At Law, LLC
500 Marquette NW, Suite 1200
Albuquerque, NM 87102
(505) 480-8580
heckert@swcp.com
*Attorney for Plaintiffs*


APPROVED BY:


 /s/ Douglas E. Gardner_____
Douglas E. Gardner, Esq.
ROBLES, RAEL & ANAYA, P.C.
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
douglas@roblesrael.com
*Attorneys for State of New Mexico*

/s/ Robert A. Cabello
Roberto A. Cabello, Esq.
City Attorney's Office
P.O. Box 20000
Las Cruces, NM 88004
(575) 541-2128
(575) 520-1399 (cell)
rcabello@las-cruces.org
*Attorney for City of Las Cruces and Officer David Rodriguez*