IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PHILLIP O. LOPEZ and**
**FELIZ GONZALES,**

      Plaintiffs,

v.                                                                  No. CIV 15-00889 JCH/SMV

**THE STATE OF NEW MEXICO,**
**THE CITY OF LAS CRUCES and**
**OFFICER DAVID RODRIGUEZ, in his**
**official and individual capacity as an**
**employee of the City of Las Cruces,**

      Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS**
**DEADLINE BY 30 DAYS, UNTIL OCTOBER 22, 2016**

      THIS MATTER came before this Court on the parties' Joint Motion to Extend the Dispositive Motions Deadline 30 Days.  This Court reviewed the Motion and arguments made therein and considered that all the parties to this litigation do not oppose this motion. Accordingly, this Court finds that the parties' Joint Motion to Extend the Dispositive Motion Deadline 30 Days is well-taken and should be **GRANTED**.

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the deadline for dispositive motions will be extended an additional thirty (30) days, until October 22, 2016.

      Honorable Stephan M. Vidmar
      United States Magistrate Judge

Respectfully submitted by:

/s/ Charles T. Esty
Charles T. Esty, Esq.
Attorney At Law, LLC
620 Roma Ave. NW
Albuquerque, NM 87102
(505) 242-2524
esty@swcp.com
*Attorney for Plaintiffs*

/s/ Hope Eckert
Hope Eckert, Esq.
Attorney At Law, LLC
500 Marquette NW, Suite 1200
Albuquerque, NM 87102
(505) 480-8580
heckert@swcp.com
*Attorney for Plaintiffs*

APPROVED BY:

 /s/ Douglas E. Gardner
Douglas E. Gardner, Esq.
ROBLES, RAEL & ANAYA, P.C.
500 Marquette Ave. NW, Suite 700
Albuquerque, NM 87102
(505) 242-2228
douglas@roblesrael.com
*Attorneys for State of New Mexico*

/s/ Robert A. Cabello
Roberto A. Cabello, Esq.
City Attorney's Office
P.O. Box 20000
Las Cruces, NM 88004
(575) 541-2128
(575) 520-1399 (cell)
rcabello@las-cruces.org
*Attorney for City of Las Cruces and Officer David Rodriguez*